# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152674-5

JODY S. KRAUS,
        Plaintiff-Appellee,

v

SC: 152674-5
COA: 326397, 327149
Washtenaw CC Family Division:
12-000384-DM

PARE LYNN GEROU,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 6, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MCCORMACK and LARSEN, JJ., did not participate because of prior acquaintances with the parties involved in this matter.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016



Clerk

s0105